IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE LAMAR HILL, | ) |
| Petitioner, | ) |
| vs. | ) Case No: 2:10-CV-00597-KOB-RRA |
| JOE BINDER, MICHAEL STRICKLAND, and GARY HETZEL | ) |
| Respondents. | ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County, and State of Alabama, personally appeared one Joe Binder, who being known to me and by me first duly sworn, deposes and says on oath as follows:

My name is Joe Binder. I am presently employed as a Correctional Officer, with the Alabama Department of Corrections, at the William E. Donaldson Correctional Facility, Bessemer, Alabama. I am over twenty-one (21) years of age.

On March 2, 2010, I, Correctional Officer Joe Binder did not start an argument with inmate Bruce Hill, B/M, #138707. I have not received any complaints against me for threatening to injure inmate Hill. Inmate Hill used vulgar language in the presence of Correctional Captain Michael Strickland, several Correctional Officers and the nursing staff. Inmate Hill became loud and verbally disruptive. I, Officer Binder, instructed inmate Hill to stand up so he could be escorted out of the infirmary and back to his assigned living area. Inmate Hill did not comply with my instructions. With the assistance of Correctional Officer Carl Johnson, we stood inmate Hill up and assumed the


EXHIBIT C

escort position. . Inmate Hill refused to leave the infirmary, which caused Officer Johnson and me to push inmate Hill toward the east infirmary door. Officer Johnson and I escorted inmate Hill out of the infirmary At no time during the escort did I, Officer Binder, raise inmate Hill's handcuffed arms above his shoulders nor run him into a locked door.

When the east infirmary door opened, Officer Johnson and I removed inmate Hill by guiding inmate Hill through the metal detector and out of the east infirmary door on the east hall. Inmate Hill continued to resist, struggled and jerked away from Officer Johnson and me. At that time, I attempted to control inmate Hill by holding inmate Hill's left upper arm. Unable to control inmate Hill's actions, inmate Hill was placed on the floor to gain control so no injuries would occur to me, Officer Johnson or inmate Hill. I was not taking any chances with inmate Hill because of his past history with other officers. Inmate Hill does have the ability to slip out of handcuffs that are placed on his wrists. While inmate Hill was resisting, struggling and still trying to jerk away, I was thinking safety first and considering his height, weight, and body build I did what I was trained to do from my previous Annual Advanced Training and experience. Only a minimum amount of force was used to gain control of the situation.

To the best of my knowledge, the aforementioned facts are true and correct. I deny all allegations made by inmate Bruce Hill. At no time did I violate inmate Hill's constitutional or civil rights.

_____
JOE BINDER

STATE OF ALABAMA          )

JEFFERSON COUNTY          )

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS ___14th___ DAY OF JUNE 2010

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES MAY 31, 2012